# CASE ANNOUNCEMENTS
*January 8, 2010*

[Cite as *01/08/2010 Case Announcements*, 2010-Ohio-20.]

## MOTION AND PROCEDURAL RULINGS

**2009–0580. Erwin v. Bryan.**
Tuscarawas App. No. 08–CA–28, 2009-Ohio-758. This cause is pending before the court as an appeal from the Court of Appeals for Tuscarawas County. Upon consideration of appellee's motion to share oral argument time with amicus curiae Ohio State Bar Association,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2009–0627. DIRECTV, Inc. v. Levin.**
Franklin App. No. 08AP–32, 181 Ohio App.3d 92, 2009-Ohio-636. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to file a portion of his second supplement under seal,

It is ordered by the court that the motion is granted.

**2009–0756. Nursing Care Mgt. of Am., Inc. v. Ohio Civ. Rights Comm.**
Licking App. No. 08CA0030, 181 Ohio App.3d 632, 2009-Ohio-1107. This cause is pending before the court as an appeal from the Court of Appeals for Licking County. Upon consideration the motion of amicus curiae Ohio Management Lawyers Association to participate in oral argument on January 13, 2010,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

**2009–1317. Forest Park Partners Ltd. Partnership v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–2163. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion of the parties to remand this cause to the Board of Tax Appeals,

It is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2009–2060. In re Application of Ormet Primary Aluminum Corp.**
Public Utilities Commission, No. 09–119–EL–AEC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene as appellee of the Office of the Ohio Consumers' Counsel, the motion for leave to intervene as appellee of The Ohio Energy Group, the motion for leave to intervene as appellee of Ormet Primary Aluminum Company, and the motion for leave to intervene as appellee of Industrial Energy Users–Ohio or, in the alternative, notice of its filing of an amicus brief,

It is ordered by the court that the motions for leave to intervene are granted.